IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE COUNTY OF JEFFERSON, | : | |
| | : | CASE NO. 2:18-cv-00037-EAS-EPD |
| Plaintiff, | : | |
| | : | Chief Judge Edmund A. Sargus, Jr. |
| vs. | : | |
| | : | Chief Magistrate Judge |
| PURDUE PHARMA L.P., *et al*, | : | Elizabeth A. Preston Deavers |
| | : | |
| Defendants. | : | |

### ORDER

For good cause shown, Defendant Russell Portenoy, M.D.'s unopposed motion to stay the date by which to respond to the Complaint (ECF No. 11) is **GRANTED**. Defendant Portenoy seventy-five (75) days after date on which removal is determined to answer, move, or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
Chief Magistrate Judge Deavers